

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 282ND JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 3rd day of April, 2015, the cause on appeal to affirm between

| | |
|---|---|
| KEVIN LAMONT GARDEN, Appellant | On Appeal from the 282nd Judicial District Court, Dallas County, Texas |
| No. 05-13-01507-CR     V. | Trial Court Cause No. F10-57354-S. Opinion delivered by Justice Schenck, |
| THE STATE OF TEXAS, Appellee | Justices Lang and Stoddart participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Fine" is modified to show "None."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 16th day of October, 2015.



_____
LISA MATZ, Clerk